UNITED STATES, Appellee

v

BENDELL GILL, Airman First Class,
U. S. Air Force, Appellant

19 USCMA 93, 41 CMR 93

No. 22,398

November 28, 1969

Colonel Bertram Jacobson was on the pleadings for Appellant, Accused.

Colonel James M. Bumgarner and Major Donald B. Strickland were on the pleadings for Appellee, United States.

## Opinion of the Court

FERGUSON, Judge:

The accused was convicted by general court-martial, convened in the Federal Republic of Germany, of the offense of robbery of two German nationals. He was sentenced to a bad-conduct discharge, total forfeitures, confinement at hard labor for six months, and reduction. Intermediate appellate authorities affirmed

the findings and sentence without change.[1] We granted review to determine the validity of the accused's conviction in light of the Supreme Court's decision in O'Callahan v Parker, 395 US 258, 23 L Ed 2d 291, 89 S Ct 1683 (1969).

Authority for trial by court-martial in the Federal Republic of Germany is contained in the NATO Status of Forces Agreement.

In United States v Keaton, 19 USCMA 64, 41 CMR 64, we held that all offenses coming within the purview of the Uniform Code of Military Justice committed in a foreign country were triable by court-martial in that country. See also United States v Easter, 19 USCMA 68, 41 CMR 68; United States v Stevenson, 19 USCMA 69, 41 CMR 69. For the reasons stated in those opinions, equally applicable here, the constitutional limitations on court-martial jurisdiction referred to in O'Callahan v Parker, supra, do not deprive a court-martial of jurisdiction when trial is held in a foreign country.

The decision of the board of review is affirmed.

Chief Judge QUINN concurs.

Judge DARDEN concurs in the result.

---

[1] The officer exercising general court-martial jurisdiction over the accused directed that he serve his confinement in the 3320th Retraining Group, Lowry Air Force Base, Colorado.